DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 SEPTEMBER 2016

| 152P16 | Catawba County, by and through its Child Support Agency, ex rel., Shawna Rackley v. Jason Loggins | 1. Plt Catawba County's Motion for Temporary Stay (COA15-711)<br><br>2. Plt' Catawba County's Petition for *Writ of Supersedeas*<br><br>3. Plt Catawba County's PDR Under N.C.G.S. § 7A-31<br><br>4. N.C. Department of Health and Human Services' Conditional Motion for Leave to File *Amicus* Brief | 1. Allowed **04/25/2016**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed |
|---|---|---|---|
| 156P16 | Polyfield Harris, William Harris, Tonya Barkley, Samantha Davis, and Patricia Perkins v. Myra H. Gilchrist, Valerie Harris, The Estate of Thomas Harris, Roosevelt Harris, Dorothy Morant, and Helen Howard | Plts' PDR Under N.C.G.S. § 7A-31 (COA15-437) | Denied |
| 158P06-9 | State v. Derrick Boger | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **09/20/2016** |
| 167P16 | State v. William Edward Godwin, III | 1. State's Motion for Temporary Stay (COA15-766)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/09/2016**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed |
| 168A16 | Thomas A. Stokes, III v. Catherine C. Crumpton (formerly Stokes) | 1. Plt's Notice of Appeal Based Upon a Dissent (COA14-1344)<br><br>2. Plt's PDR as to Additional Issues<br><br>3. Plt's Motion for Leave to Amend Notice of Appeal and PDR | 1. —<br><br>2. Allowed<br><br>3. Allowed<br><br>**Edmunds, J., recused** |